Sylvia Rosenberg, Respondent, v. David Rosenberg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Elmer E. Beeck and Fulton Trust Company of New York, as Trustees, Respondents, v. H. T. Galpin Realty Corporation, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. The order to provide for an immediate trial. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

Frank Ferdinand Wilcke, Respondent, v. Laurence J. Hirsch, Appellant, Impleaded with Others.— Order modified by allowing items 1 and 8, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Alexander McGavin & Co., Ltd., Appellant, Respondent, v. Julian G. Straus and Others, Defendants, Impleaded with William V. Dwyer and William Gallagher, Respondents, Appellants.— Order reversed, with ten dollars costs and disbursements to the plaintiff, appellant, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Celia Friedman, Appellant, v. Irving Fox and Sadie Fox, Respondents.— Order so far as appealed from affirmed, without costs, upon defendants serving the proposed answer within ten days after service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Nacto Cleaner Corporation, Respondent, v. Harold Sigmund, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Bema Realty Corporation, Respondent, v. Rubel Coal and Ice Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Lawrence N. Martin, as Receiver in Supplementary Proceedings of the Property, Debts, Choses in Action, etc., of Fulton Securities Company, Appellant, v. The New York Edison Company, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and O'Malley, JJ.

John J. McLaughlin, Appellant, v. James Buchanan, Respondent, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.